In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-07-238 CR


____________________



JEFFERY ALAN LEBLANC, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 98716






MEMORANDUM OPINION


 Jeffery Alan Leblanc was convicted and sentenced on an indictment for felony theft
with prior theft convictions. Leblanc filed a notice of appeal on May 7, 2007. The trial court
entered a certification of the defendant's right to appeal in which the court certified that this
is a plea-bargain case and the defendant has no right of appeal. See Tex. R. App. P.
25.2(a)(2). The trial court's certification has been provided to the Court of Appeals by the
district clerk.

 On May 10, 2007, we notified the parties that the appeal would be dismissed unless
an amended certification was filed within thirty days of the date of the notice and made a part
of the appellate record. See Tex. R. App. P. 37.1. The record has not been supplemented
with an amended certification.

 Because a certification that shows the defendant has the right of appeal has not been
made part of the record, the appeal must be dismissed. See Tex. R. App. P. 25.2(d). 
Accordingly, we dismiss the appeal for want of jurisdiction.

 APPEAL DISMISSED.

 
 __________________________________

 CHARLES KREGER

 Justice


Opinion Delivered June 20, 2007

Do not publish


Before McKeithen, C.J., Gaultney, and Kreger, JJ.